# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. AGUILERA,<br><br>　　　　Defendant. | No. 2:18-cv-1612 AC P<br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Forrest Kendrid, CDCR # BA-4040, a necessary and material witness in a settlement conference in this case on September 26, 2019, is confined in California Health Care Facility (CHCF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U.S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, September 26, 2019, at 9:00 a.m.

　　　　ACCORDINGLY, IT IS ORDERED that:

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court and thereafter to return the inmate to the above institution.

　　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CHCF, P.O. Box 32050, Stockton, California 95213:**

**WE COMMAND** you to produce the inmate named above to appear before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 10, 2019.

　　　　　　　　　　　　　　　　　　　　*Allison Claire*
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE