UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>        Plaintiff,<br><br>    v.<br><br>N. AGUILERA,<br><br>        Defendants. | No. 2:18-cv-1612 AC P<br><br><br><br>ORDER |

By order filed June 19, 2019, this case was referred to the Post-Screening ADR Project and the case was stayed for 120 days. ECF No. 17. A settlement conference was held on September 26, 2019, and the parties did not reach an agreement. ECF No. 23.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action, commenced June 19, 2019 (ECF No. 17), is LIFTED.

2. Within twenty-one days of the filing of this order, defendant shall file a response to the complaint.

DATED: October 8, 2019

                                      /s/ Allison Claire<br>
ALLISON CLAIRE<br>
UNITED STATES MAGISTRATE JUDGE